**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:                                                                     Bky. No. 10-34123

**MARGARET JO BECKMAN AND THEODORE**                          **Chapter 7 Case**
**MATHEW BECKMAN,**

      **Debtor(s)**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Pursuant to Bankruptcy Rules 9010 and 2002(g)(1), the undersigned hereby notes an appearance on behalf of:

        Bremer Bank, N.A.

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address set forth below.

        Bremer Bank, N.A.
        c/o STEWART, ZLIMEN & JUNGERS, LTD.
        2277 Highway 36 West, Ste. 100
        Roseville, MN  55113
        (612) 870-4100

Dated:  June 14, 2010

                           **STEWART, ZLIMEN & JUNGERS**

                           By__/s/_Bradley J. Halberstadt_____
                              Bradley J. Halberstadt, Atty #215296
                              Attorneys for Bremer Bank, N.A.
                              2277 Highway 36 West, Ste. 100
                              Roseville, MN  55113
                              612-870-4100

xxxxx10029 / 412191